UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

_____

In re:

CARL L. BLAUWKAMP,

      Debtor.

_____/

DUNLAP DEVELOPMENT, LLC,

      Plaintiff,

v.

JEROME FINK,

      Defendant.

_____/

Case No: BK 14-05130
Chapter 7

Adversary Proceeding
No. 15-80221

## ORDER CONSOLIDATING ADVERSARY PROCEEDINGS

PRESENT:   HONORABLE JAMES W. BOYD
United States Bankruptcy Judge

On June 22, 2015, the United States District Court for the Western District of Michigan entered an order referring the case Dunlap Development, LLC v. Jerome Fink, Case No. 1:15-CV-0487, to this bankruptcy court. The district court's order states that the case involves several issues regarding this court's prior approval of the sale of ownership interests in Dunlap Development, LLC, in the chapter 7 cases of George D. Holmes (Case No. 14-04833; see Order Confirming Sale, Dkt. No. 208) and Carl L. Blauwkamp (Case No. 14-05130; see Order Confirming Sale, Dkt. No. 174).

Upon receipt of the Notice of Removal and district court order, the Clerk of Court opened Adversary Proceeding No. 15-80157 in the Holmes base case. After the conclusion of an initial status conference in that adversary proceeding, and upon further review of the record, the court directed the Clerk to open the above adversary proceeding in the Blauwkamp base case. The court also determined to issue this order, consolidating this adversary proceeding with the Holmes adversary proceeding. See Fed. R. Bankr. P. 7042.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.  The above-captioned Adversary Proceeding No. 15-80221, be and hereby is CONSOLIDATED with Adversary Proceeding No. 15-80157.   Adversary Proceeding No. 15-80157 shall be the lead case, and Adversary Proceeding No. 15-80221 shall be the member case.

2.  All future pleadings shall be docketed and filed in Adversary Proceeding No. 15-80157.

3.  This order shall be docketed in Adversary Proceeding No. 15-80221, along with a separate docket entry stating:  "An order has been entered in this adversary proceeding consolidating this proceeding with adversary proceeding 15-80157.  All future pleadings, motions and other documents shall be docketed and filed in Adversary Proceeding No. 15-80157.  The docket for Adversary Proceeding No. 15-80157 should be consulted for all matters affecting this adversary proceeding."

4.  The caption on all future pleadings filed in Adversary Proceeding No. 15-80157 shall reference the George D. Holmes base case (Case No. 14-04833) and the Carl L. Blauwkamp base case (Case No. 14-05130).

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this order pursuant to FED. R. BANKR. P. 9022 and LBR 5005-4 upon Thomas M. Wardrop, Esq., attorney for the Plaintiff, and Laura J. Genovich, Esq., attorney for the Defendant.

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated August 26, 2015**



James W. Boyd
United States Bankruptcy Judge