UNITED STATES BANKRUTPCY COURT
WESTERN DISTRICT OF MICHIGAN

_____

In re:

CARL L. BLAUWKAMP,                                  Case No:  BK 14-05130
                                                    Chapter 7

  Debtor.
_____/

In re:

                                                    Case No:  BK 14-04833
GEORGE D. HOLMES,                                   Chapter 7

  Debtor.
_____/

DUNLAP DEVELOPMENT, LLC,

  Plaintiff,                               Adversary Proceeding
                                                    No. 15-80157
v.

JEROME FINK,

  Defendant.
_____/

| | |
|---|---|
| Robert F. Wardrop II (P31639) | Ray H. Littleton (P69733) |
| Thomas M. Wardrop (P38268) | Laura Genovich (P72278) |
| Wardrop & Wardrop, P.C. | Foster, Swift, Collins & Smith, PC |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 300 Ottawa Avenue, NW, Ste. 150 | 1700 East Beltline, NE, Suite 200 |
| Grand Rapids, MI  49503 | Grand Rapids, MI  49525-7044 |
| (616) 459-1225 | (248) 539-9903 |

_____/

**STIPULATION AND ORDER DISMISSING ADVERSARY PROCEEDING
WITHOUT PREJUDICE AND WITHOUT COSTS**

  The parties, by their attorneys, hereby agree to stipulate to dismiss the instant

Adversary Proceeding, pursuant to Bankruptcy Rule 7041(a), without prejudice and

without costs.  Such dismissal shall include both the claims and counter claims of the

parties.  The dismissal shall be without prejudice to the Defendant's rights pursuant to

Bankruptcy Rule 7041(d).

<div style="margin-left: 45%;">

Respectfully submitted,

WARDROP & WARDROP, P.C.

</div>

Dated:  September 11, 2015          By:   */s/ Robert F. Wardrop*_____
                                             Robert F. Wardrop II (P31639)
                                             Thomas M. Wardrop (P38268)
                                         Business Address:
                                             300 Ottawa Avenue, NW
                                             Suite 150
                                             Grand Rapids, MI  49503
                                             (616) 459-1225

<div style="margin-left: 45%;">

FOSTER, SWIFT, COLLINS & SMITH, PC

</div>

Dated:  September 11, 2015          By:  */s/ Ray H. Littleton II*_____
                                             Ray H. Littleton II (P69733)
                                             Laura Genovich (P72278)
                                         Business Address:
                                             1700 East Beltline, NE, Suite 200
                                             Grand Rapids, MI  49525-7044
                                             (248) 539-9903

**IT IS SO ORDERED.**

55565:00001:2385558-1

**Dated September 15, 2015**





James W. Boyd
United States Bankruptcy Judge